**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| | Judge: Honorable Charles R. Breyer |
| This Document Relates to: | [~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| *Jane Doe NLG (T.D.)  v. Uber Technologies, Inc., et al., No. 3:24-cv-05075-CRB* | |

Having considered the Motion of Arati Furness to withdraw as counsel of record for Plaintiff Jane Doe NLG (T.D.),  and all papers filed in such opposition to such Motion, and finding good cause for the motion; The Motion of Arati Furness to withdraw as counsel for Plaintiff Jane Doe NLG (T.D.), is granted.

Dated: February 27, 2026

Respectfully submitted,

By: */s/ Arati Furness*
By: */s/ John Raggio*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712

1

[NOTICE OF WITHDRAWAL OF COUNSEL

CASE NO. 3:23-MD-03084-CRB

Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

Date: March 30, 2026



2

[NOTICE OF WITHDRAWAL OF COUNSEL

CASE NO. 3:23-MD-03084-CRB